UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CUMBERLAND SCHOOL COMMITTEE<br><br>Plaintiff<br>v.<br><br>ERIC and CHERIANN SCHREIBER, as parents and next friends of JANE DOE., alias; THE RHODE ISLAND BOARD OF REGENTS FOR ELEMENTARY AND SECONDARY EDUCATION<br>Defendants | ) | C.A. No. 07 - 042S |

**NOTICE OF VOLUNTARY DISMISSAL**

______Now comes the Plaintiff, Cumberland School Committee, by and through its attorneys, and hereby voluntarily dismisses the above-entitled matter without prejudice. No interest and no costs.

Plaintiff, Cumberland School Committee
By its Attorney,

_/s/ Andrew Henneous_____________
Andrew Henneous, Esq. #5935
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
Ph: 453-2000 Fax: 453-2345

Dated: April 4, 2007